# DECISIONS IN CASES NOT REPORTED.

## First Department, May, 1889.

In the Matter of the Final Accounting of William Simpson. — Order reversed, with costs to appellants to abide event, and new reference ordered. Opinion by Daniels, J.

Morris Saffer, Respondent, v. The Dry Dock, East Broadway and Battery Railroad Company, Appellant. — Judgment reversed and new trial ordered, with costs of the appeal to the defendant to abide the event. Opinion by Daniels, J.

William H. Yeandle and others, Appellants, v. Celeste Yeandle, Respondent. — Judgment reversed and new trial directed, with costs to the appellants to abide the event. Opinion by Daniels, J.

Stephen M. Chester, Respondent, v. Francois Henry Jumel and others, Appellants. — Judgment, as modified, affirmed, without costs of the appeal to either of the parties. Opinion by Daniels, J.

Stephen M. Chester, Respondent, v. Francois Henry Jumel and others, Appellants. — Judgment affirmed, without costs to either party. Opinion by Daniels, J.

Stephen M. Chester, Respondent, v. Frances A. Gesnor, Appellant, Impleaded, etc. — Judgment, as modified, affirmed, without costs to either party. Opinion by Daniels, J.

Stephen M. Chester, Respondent, v. Francois Henry Jumel and others, Appellants. (Appeal by John Elliott.)—The judgment, so far as it is drawn in question by this appeal, affirmed, with costs. Opinion by Daniels, J.

Stephen M. Chester, Respondent, v. Francois Henry Jumel and others, Appellants. — Order, as modified, affirmed, without costs to either party. Opinion by Daniels, J.

Stephen M. Chester, Respondent, v. Francois Henry Jumel and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York, Respondent, v. Dennis J. Cullen, Appellant. — Conviction affirmed. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. Francis P. McClory, Appellant, v. J. Hampden Robb and others, Respondents. — Writ dismissed, without costs. Opinion by Van Brunt, P. J.

Julius Tuchband, Appellant, v. Chicago and Alton Railroad Company, Respondent. — Order reversed, with ten dollars costs and disbursements. Motion denied, with ten dollars costs. Opinion by Van Brunt, P. J.

Lamson Consolidated Store Service Company, Respondent, v, John W. Hart, Sheriff, etc., Appellant. — Order reversed, with ten dollars costs and disbursements, and order entered changing place of trial to the county of Albany, and for the costs of the motion. Opinion by Daniels, J.

Theodore Seligman and others, Respondents, v. The Franco-American Trading Company, Appellant. — Order reversed, with ten dollars costs and disbursements, and an order entered directing reference. Opinion by Daniels, J.

Edward V. Thebaud and others, Respondents, v. The Great Western Insurance Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event

in Thebaud v. Phœnix Insurance Company. Opinion by Van Brunt, P, J.

The National Park Bank of New York v. Emanuel Salomon and another.

Gustav Salomon and another v. Same. — Order reversed, so far as it denies the motion to set aside the execution on the confessed judgment, and said execution set aside as to all of the amount mentioned therein, except $566.50. Opinion by Bartlett, J.

Theodore W. Bailey and others, Respondents, v. Ariel A. Prince and others, Appellants.—Order affirmed, with costs and disbursements. Opinion by Bartlett, J.

Amelia M. Citroen and others, Appellants, v. Thomas Adam, Respondent. — Judgment reversed and new trial granted, with costs to the appellants to abide the result. Opinion by Bartlett, J.

Samuel P. Hyman and others, Appellants, v. Jacob Kapp and others, Respondents. — Judgment affirmed, with costs. Opinion Per Curiam.

Watson A. Fox, Appellant, v. Charles W. Brega, Respondent, Impleaded, etc. — Order reversed, with costs and disbursements, and motion granted to extent stated in opinion, so far as relates to defendant Brega. Opinion by Bartlett, J.

The Boston National Bank, Respondent, v. Paul J. Armour and others, Appellants. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Charles G. Martin and others, Respondents, v. Hattie W. Bliss, Appellant. — Order and judgment reversed, with costs to the appellant to abide event, and an order should be entered setting aside the verdict, on the payment by the defendant of the costs of the trial. Opinion by Daniels, J.

George F. Fitzpatrick, Respondent, v. The New York and Manhattan Beach Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of Cecilia L. Booth. — Order so far reversed, with costs to appellant to abide event, as to direct the further trial of the fifth issue, and to deny the motion as to the other issues, which have been answered by the jury. Opinion by Daniels, J.

In the Matter of Cecilia L. Booth. — Application of Joseph A. Booth dismissed, without costs. Opinion by Daniels, J.

In the Matter of Cecilia L. Booth. — Motion for judgment denied, without costs. Opinion by Daniels, J.

Polly Bogert, Plaintiff, v. David J. Bogert, Executor, etc., and others, Defendants. — Order reversed, without costs. Opinion by Van Brunt, P. J.

Benjamin Moore, Trustee, etc., Respondent, v. Francis Higgins, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Holmes, Booth & Haydens, Appellants, v. Samuel H. Willard, Respondent. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Baer Rosenberg, Plaintiff, v. Meyer Freeman and others, Defendants. — Judgment for plaintiff for $130 and costs. Opinion by Van Brunt, P. J.

In the Matter of the Last Will and Testament of